**FILED**

JUL 31 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITE STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DALE JACKSON
2926 STRAUSS TERRACE
SILVER SPRING, MD.
(301) 890 6318    20904

VS

CASE NUMBER   1:06CV01347
JUDGE: Emmet G. Sullivan
DECK TYPE: Employment Discrimination
DATE STAMP: 07/31/2006

DEPARTMENT OF HEALTH
825 NORTH CAPITOL ST.
WASHINGTON, DC
(DISTRICT OF COLUMBIA)

1

COMPLAINT

DALE JACKSON have been employed by DC Government Department of Health for 15 years in the STD Program which is located a 717 14St N.W. Washington DC. For the last two years I been working for APRA A drug prevention program located at 1300 1st N.E. Washington DC I was detail to this new program by Department of Health for only 60 days

for a cooling off period that I did'nt need myself. There was a complaint not only directed at myself but at three other employee all whom are under the Federal Government guide line not like myself who fall under the DC Gov. guide line. There are two female employee whom said that I was hostile and I ask myself over, and over again how can a person be hostile just because a person (myself) come to work every day and do a good job that not beening hostile I'm not a hostile person ask my program manager Mr. John Heath. The DOH did an investigation along with the federal

government, the federal government didn't fine any wrong doing from the three federal Gov. employee and close the case, but the DC DOH say that somebody needed to pay for all the time spend on this investigation and for no reason at all I'm the one who's paying for it all. DC DOH did it own investigation by it own investigator the investigator told me after my first interview, with them that they didn't fine any wrong doing on my part so the whole program every one was ask to go to Anger management class not just myself but for every one in the program because they didn't fine me to be hostile

but the two lady whom didn't like what the DOH ask use to do kept on complaining to the DOH until the DOH detail me for a 60 day's cooling off period with no return date. Almost two year's has gone by now, I have been paying union due for 18yr's and I have five certified lettle where I ask the union to help me and they, until this day will not help me at all, is there a law that protest a employee who pay's union due every two week and can not get the union to help them in there time of great need is there a law that can help with this situation and at the time if I

was able to get help from the union I would may be not need the court help! I was not detail because I was hostile I was detail because I was a male and one of the lady who said that I was hostile was at the time the (union president) and also (my union president) there was no way that I could have gotten a fair hearing I had been up again the Department of Health and my own local union so you see I had no help at all from the DOH so I turn to my local union where I been paying union due for the past 18 y's and the union after all the money I payed in union due

the union would not help me and I ask is there a law that protect a person (employee) like myself from paying years of union due and not get a phone call or lettle in the mail for help that why I'm asking the court to help me after going through the system for help, DOH & the union I trulyly need the court help because there no other place for me to turn. The two female employes who said all these thing about me and the other federal Gov. employee has a history of office disturbance they both have been detail before by the DoH but was always allow to return

back to the STD program to start more trouble just like they did to me. By allowing them to return the two lady employee was able and allow to manufactory this whole plot again myself and the whole program. Department of Health was not interested in the truth, they was only interested after month of investigation in stopping the two female employee from making so much noise and the DoH have never had any one who was so presisted in creating so many problem until they get the answer they wanting and that was to get me away from the STD program for good and they success so far.

I was a funeral Director in the African American funeral Business but not any more because the two female employee said that I was working my parttime job on D.C. Gov. time which I was not and it was prove that, that was not true but before DOH investigated my part time job all of the Department of Health I know should have ask themself how in the world would these two female employee would no this. DOH ask all the Funeral Home that I had ever work for did I work doing DC Gov time and the answer was no Mr. Jackson only work on weekend but all of that gave me a bad

reputation that I can not live down to this day so I no longer work in the African American funeral Home of this area (What a way to lose a job). After all that has been said I was detail because of all the time and money was spent in something that didn't make any sense at all to no one that knew about this great big lie!

Contact Person: (Federal Government Employee)

Mr. John Heath - (202) 727-9853 or SS program Manager

Ms. Lynn trottle - (202) 727-9853

Ms. Amm - (202) 727-9853

I'm not here representing myself as a legal Counsel, I'm not here representing myself because I want to, I'm only here representing myself because I have no else to do it for me, I have no Department of Health to stand with me. AFGE my local union by law was suppose to help me in time of need but it seems to me that they took my union (due's) and ran from my trouble.

## Relief

I would greatly appreciate going back to my first job with the DC Gov at 717 14st N.W. D.C. I'm not just happy with having a job I want my old job back so I can retain my pride this is the first relief I would like from the Department of Health. (Slander) Slandering my name in the Funeral Home Industry I would like to sue the Department of Health for not beening able to make a living and supporting my family in the Funeral Home Industry in the Metropolitan Washington D.C. Area.

AFGE Headquarter: Union I want to sue for a Breach of Union Contract for 18 years of union payment (due's) and not even a phone call or

lettle in my time of great need and saddness.

(Thank you)

*Dale L. Jack[son]*

DALE Jackson
2926 Strauss Terrace
Silver Spring, MD.
20904