GOVERNMENT OF THE DISTRICT OF COLUMBIA
Department of Health

Office of Primary Care, Prevention and Planning



April 23, 2004

Mr. Dale Jackson
717 14th Street, NW, 9th Floor
Washington DC  20005

Dear Mr. Jackson:

This letter is written in response to concerns presented to the Department of Health (DOH) and the DC Office of Risk Management (ORM) concerning safety and security in the workplace. An investigation was conducted by the Department of Health and representatives of the Office of Risk Management concerning the allegations. In consultation with ORM and upon their recommendation, DOH is taking the following action to ensure that all employees can perform their duties in a safe and secure environment.

Effective, Monday, May 3, 2004, you will be detailed, for a period not to exceed 60 days, to the Addictions Prevention and Recovery Administration (APRA), to serve as a Motor Vehicle Operator. On the aforementioned date please report to Mr. William Thomas, Program Manager, whose office is located at 1300 First Street, NE, 3rd Floor, Washington, DC. Your duties and responsibilities will be essentially the same as in your current position. Should you be unable to report to work, on the date stated above, please contact Mr. Thomas immediately at 202-727-1572. If you desire to move to the new location prior to the effective date, please contact me at 202-442-9035.

Please be assured that the Department has the greatest concern for the safety and health of all its employees. We hope this action will alleviate any concerns about safety and security in the work place.

Your cooperation is greatly appreciated.

Sincerely,

Karyn L. Berry, MD
Interim Senior Deputy

cc:  Monica Lamboy
     Bernardine Brown
     Michael Jacobs
     John Heath
     William Thomas

06 1347

**FILED**

JUL 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

825 North Capitol Street, N.W., 2nd Floor, Washington, D.C.  20002  (202) 442-9035 – FAX (202) 442-4840

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Dale Jackson
2926 Strauss Terrace
Silver Spring, MD 20902

From: Washington Field Office - 570
1801 L Street, N.W., Suite 100
Washington, DC 20507

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 10C-2004-00314 | David Gonzalez, State & Local Coordinator | (202) 419-0714 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Dana R. Hutter* (signature)

MAY 3 1 2006

Enclosure(s)

Dana Hutter,
Director

*(Date Mailed)*

cc:
DC Department Of Health
825 North Capitol Street, NW, 2nd Fl.
Washington, DC 20002