United States District Court
For the District of Columbia

DALE JACKSON

VS

American Federation
of Gov. Emp.

CASE number
1:06CV01347 EGS

AFFIDAVIT of Service

I DALE JACKSON mailed the Summons and Complaint Registered mail to American Federation of Gov. Emp on 08-22-06

Dale Jackson
DALE JACKSON
2926 Strauss Terrace
Silver Spring MD 20904
(301) 890-6318

**RECEIVED**

AUG 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES POSTAL SERVICE**

**This item was delivered on 08/21/2006 at 13:09**

| | Delivery Section |
|---|---|
| Signature: | GR Boze<br>825 N. Cap |
| Address: | 825 N. Capitol ST |

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on .

Go to the Product Tracking System .

http://pts.usps.gov/pts/imageView.do　　　　　　　　　　　　　　　　　　　　8/30/2006



| Destination | ZIP Code: 20002 | City: WASHINGTON | State: DC |
|---|---|---|---|
| Origin | ZIP Code: 20009-9995 | City: WASHINGTON | State: DC |

**Class:** First Class

**Anticipated Delivery Date:** 08/18/2006

**Weight:** 0 lb(s) 4 oz(s)    **Postage:** $1.11

**Firm Book ID:**

**Delv Rqmt:** Normal    **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL<br>RETURN RECEIPT | 7005 0390 0002 8492 7127 | $2.40<br>$1.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 08/21/2006 13:09<br>Firm Name: DC HEALTH DEPARTMENT<br>Recipient: 'G BOZE'<br>Request Delivery Record<br>View Delivery Signature and Address | WASHINGTON, DC 20002 | L173372 |
| ARRIVAL AT UNIT | 08/21/2006 09:07 | WASHINGTON, DC 20002 | L390416 |
| ACCEPT OR PICKUP | 08/17/2006 11:35 | WASHINGTON, DC 20009 | |

Explanation of Quick and Extensive Searches

Submit

Version 1.0

Inquire on

Go to the Product Tracking System

http://pts.usps.gov/pts/labelInquiry.do

8/30/2006