United States District Court
For the District of Columbia

DALE JACKSON

VS

DC Department of Health

CASE number
1:06CV01347 EGS

AFFIDAVIT of Service

I DALE JACKSON mailed the Summons
[by] Registered mail
[to DC Depart]ment of Health

Dale Jack[son]
DALE JACKSON
2926 Strauss Terrace
Silver Spring MD
20904
(301) 890-6318

AUG 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[Certified mail return receipt attached:]
SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
American Federation
of Gov. Emp.
80 F Street N.W.
Washington DC

COMPLETE THIS SECTION ON DELIVERY
A. Signature — X
B. Received by (Printed Name): RECEIVED AUG 22 2006 DOCKET OFFICE FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 0390 0002 8492 7097

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540