# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DALE JACKSON, </br></br>                Plaintiff, </br>    v. </br></br>DISTRICT OF COLUMBIA DEP'T OF HEALTH, </br></br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES </br>80 F. Street, NW </br>Washington, D.C. 20001, </br></br>                Defendants. | Civil Action No. 06-1347-EGS </br>Judge Emmet G. Sullivan |

## ORDER

Upon having fully considered the motion to dismiss filed by defendants AFGE National and AFGE Local 2978, and the opposition thereto, it is hereby

**ORDERED** that defendants' motion is hereby GRANTED; and it is

**FURTHER ORDERED** that this complaint against the Unions be, and is, hereby, dismissed with prejudice.

 

_____
Judge Emmet G. Sullivan
United States District Court
For the District of Columbia

Dated: _____

{00223232.DOC}