UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DALE JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 06-1347-EGS |
| DISTRICT OF COLUMBIA DEP'T OF ) | Judge Emmet G. Sullivan |
| HEALTH, ) | |
| ) | |
| AMERICAN FEDERATION OF ) | |
| GOVERNMENT EMPLOYEES ) | |
| 80 F. Street, NW ) | |
| Washington, D.C. 20001, ) | |
| ) | |
| Defendants. ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

On September 1, 2006, the undersigned served complete copies of the DEFENDANTS' MOTION TO DISMISS, MEMORANDUM IN SUPPORT THEREOF, AND PROPOSED ORDER in <u>Jackson v. D.C. Dep't of Health, *et ano*</u>, Civil Action No. 06-1347-EGS, via first class mail, postage prepaid, on the following:

> DALE JACKSON
> 2926 STRAUSS TERRACE
> SILVER SPRING, MD 20904
>
> DISTRICT OF COLUMBIA
> DEP'T OF HEALTH
> 825 NORTH CAPITOL STREET
> WASHINGTON, DC

On September 8, 2006, the complete copies sent to DALE JACKSON were returned to sender.[1] Therefore, the undersigned now affirms and certifies that complete

---

[1] A copy of the returned envelope is attached hereto.

copies of the DEFENDANTS' MOTION TO DISMISS, MEMORANDUM IN SUPPORT THEREOF, AND PROPOSED ORDER in <u>Jackson v. D.C. Dep't of Health, et ano</u>, Civil Action No. 06-1347-EGS, were sent this 12th day of September 2006, via United States certified mail, return receipt requested, to the following:

>DALE JACKSON
>2926 STRAUSS TERRACE
>SILVER SPRING, MD 20904

>/s/Andres M. Grajales_____
>Andres M. Grajales (D.C. Bar No. 476894)
>American Federation of Government Employees, AFL-CIO
>80 F Street, NW
>Washington, D.C. 20001
>(202) 639-6426