**AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES**
AFFILIATED WITH THE AFL-CIO

★★★★★★★★★★★★★★

80 F Street, N.W.
Washington, D. C. 20001





Return

RECEIVED
SEP 8 2006
GENERAL COUNSEL

DALE JACKSON
2926 STRAUSS TERRACE
SILVER SPRING MD 20904



To Sender

