# United States District Court
# For the District of Columbia

DALE JACKSON,

        Plaintiff(s)    )  **APPEARANCE**
                                )
                                )
           vs.                        CASE NUMBER   06-1347-EGS
DISTRICT OF COLUMBIA DEP'T OF   )
HEALTH, et ano                        )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Andres M. Grajales__ as counsel in this
                                   (Attorney's Name)

case for: __American Federation Of Government Employees__
                 (Name of party or parties)

September 12, 2006
Date

*[signature]*
Signature
Andres M. Grajales

476894
BAR IDENTIFICATION

Washington, D.C.   20001
City      State      Zip Code
202-639-6426
Phone Number

## **CERTIFICATE OF SERVICE**

I hereby affirm and certify that complete copies of the Entry of Appearance in <u>Jackson v. D.C. Dep't of Health</u>, *et ano*, Civil Action No. 06-1347-EGS, were served this 14th day of September, 2006 via first class mail, postage prepaid, to the following:

    DALE JACKSON
    2926 STRAUSS TERRACE
    SILVER SPRING, MD 20904

    DISTRICT OF COLUMBIA
    DEP'T OF HEALTH
    825 NORTH CAPITOL STREET
    WASHINGTON, DC

The above two parties are also entitled to be served with any future pleadings or orders in this matter.

    /s/Andres M. Grajales
    Andres M. Grajales (D.C. Bar No. 476894)
    American Federation of Government Employees, AFL-CIO
    80 F Street, NW
    Washington, D.C. 20001
    (202) 639-6426