United State District Court
For the District of Columbia

DALE Jackson
    Plaintiff

v

District of Columbia
Dept of Health

American Federation of
Government Employees
80 F Street, N.W.
Washington, D.C. 20001

    Defendants

Civil Action No. 06-1347-EGS
Judge Emmet G. Sullivan

RECEIVED
SEP 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff opposition to DFT. Motion to dismiss
~~Introduction~~

In there Complaint defendants say that Plaintiff didn't ask for help from any one by name (not true) In the beginning the document that I'm mailing to the Court is the same Certified Copies that I mail to the defendants years

ago showing the defendant the investigation Report and a little for help everything that I'm mailing and submitting to the court today I had already mail to the defendants (Certified) After reading these document let the court make the decision on if I was asking the defendants for help or not.
John Gage National President, Ross Binion National Vice President, President AFGE Eric Bunn, Mark D Roth General Counsel, Beth Moten Director Legislative + Political Affairs Department and Marilyn Wiley Practice Coordinator.

The Defendant somehow beleive that the reassignment was the only thing that the Plaintit was concern about (no correction) it was only a detail not reassignment. Detailing the Plaintiff was the last concern because it was the last thing that took place after the investigation. First there was the harassment process doing the entire investigation, Second was the Slander or my good name in the funeral Industry by saying that I was working for another company while working for the Government at the same time doing an eight hour period. Third was the humiliation process that I still feel today and last was the detail itself not reassignment there is a different between the two.

Detail mean you will be return after your detail period which was for only 60 days. Reassignment mean with no return date. Defendent complaint that Plaintiff fail to state a claim upon relief, I like to say that this whole thing is something new to me. The document that I mail to the Defendent long time ago which are the same document that I'm mail today (say it all) not only that I needed help it name at least six defendent by name asking for just that (help) read the document you're see that the Plaintiff is asking the defendent for help and to file a claim or something to that effect.

Defendent Complaint that Plaintiff fail to allege the necessary element to support a breach of contract action against the unions. Most Contract are sign with pen + paper but since the Government has about a half million employee it would be very hard for everyone to sign his or her name and it would take a lot of time doing that so the contract is valid when the Union receiving Union due's from the Plaintiff paycheck if not how do the Government and Union get away with taking my money and not giving (me) the Plaintiff nothing in return for my money. The Defendent keep using the term (reassignment) I'm not challenging a reassignment, I'm challenging

A detail lettle with a 60 day's return date that I haven seen as or today. Defendent complaint that the court should dismiss Plaintiff complaint (why) for lack of subject matter jurisdiction, Defendent has all the subject matter and jurisdiction when at the bargaining table to discuss the receiving or my hard working Union due's for the last 18 year's and still counting today. Defendent say that there is no court with original jurisdiction to hear Plaintiff unfair labor practice allegation. As a Citizen of the United State of America I hope that there is a court with original jurisdiction to hear my complaint as well as any other citizen

of America. Defendant complaint that Plaintiff fail to state a claim upon which relief may be granted I like to say that if I ever get a chance you will know what relief that I'm looking for, you will know. Defendant say that Plaintiff must first show existence of a valid contract, I wish the court or some one ask you that question on how you can (take) because I didn't give it to you money from my pay check if you and I don have a valid contract in existence I hope that the law state that when you receive money (union due's) from any employee it is a valid contract.

Defendent complaint that Plaintiff fail to specify damaged and fail to seek relief. It damaged 18 years of great work history within the D.C. Government family, it also damaged my family home worring all the time. Reinstatement to my original position is a under statement if that all the defendent think that I asking for at this point. The document that I'm giving to the court are the same document that I certified to the union two years ago these document show how the local union President Joann harrassment not only the Plaintiff but the federal worker for years and nothing was done by the DOH or the union. After the investigation was over the federal Government did not

cater to the union President demands like the Dept. of Health did by detail me just as the Dept. of Health say to just(clear the Air) and then return Plaintiff after the 60 day's detail to his original employment I like to say to the court that all the thing that the defendent say in there complaint about lack of jurisidiction, fail to state a claim, insufficiency of service process, challenging an employment action, lack of subject matter jurisidiction, failure to do anything, I'm here asking the court what did the defendent fail do for the Plaintiff, I'm sure about one thing that the defendent didn't fail to do and that was every two week for 18 year's to take

union due's from my pay check. All the help that I was asking for at the time the Union though the Union President Jurun did all the thing that I wanted the union to do for the Plaintiff was done for Ms Evens it all in the document that I'm mail to the court. To the Court I'm also submitting a copy of the Defendent Contract and Union Agreement

(Thank you)
Dale Jack

## Certificate of Service

I Dale Jackson will mail a copies of this opposition to dismiss to D.C. Dept of Health 825 North Capitol St. NE Wash. D.C. 20001 And Andres M. Grajales 80 F St N.W. Wash. D.C. 20001 this will be mail 9-19-06

Dale Jack