United State District Court
For the District of Columbia

DALE Jackson
    Plaintiff

v

District of Columbia
Dept of Health, ETAC

Civil Action No 06 1347 EGS
Judge Emmet G. Sullivan

### Plaintiff's Notice of filing

**Plaintiff opposing to DFT motion to dismiss**

Im opposition to DFTS. motion to dismiss 9-18-06 And forgot to includes the Attached pages inclose please fine those pages

Dale Jack
2926 Strauss Terrace
Silver Spring, MD.
20904

### Certificate of Service

I DALE Jackson will mailed to a copy of this notice of filing to Andres M. Grajales, American Federation of Government Employees 80 F St N.W. Wash. DC. 20001 and to D.C. Dept of Health 825 North Capitol St. N.E Washington D.C. 20003

09-19-06

Dale Jack
2926 Strauss Terrace
Silver Spring, MD.
20904

**RECEIVED**
SEP 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

May 5, 2005

AFGE District 14
Local #2978
80 F Street, NW
Eleventh Floor
Washington, D.C. 20001
Phone: (202) 639-6447

To Whom It May Concern:

    This is a formal letter of complaint against Local Union #2978 D.C. Department of Health Medical Aides, presided over by Ms. JoAnn McCarthy to whom this letter of complaint is directed. As of last May I was temporarily assigned to another agency for 60 days according to an e-mail received by my supervisor from Ms. Monica Lamboy of the D.C. Department of Health due to complaints filed against me by District Government employees in the STD Control Program. During the investigation by Mr. Tolliver of the General Inspector's Risk Management Office and Dr. Mayo of the Mayor's Counsel, I was told that I was not the problem but felt that everyone involved could use a "cooling off" period. In other words, this was to be a temporary solution to an ongoing problem and all STD Program personnel received mandatory training regarding workplace violence. After 60 days I questioned my rights as a long term union paying employee as to how to return to my position at the STD Program and was informed by several members of the District Government's Human Rights office and D.C. Department of Health Administrators that this was a "union issue". After contacting the union formally for information and assistance, I never received a response and fairly certain that Ms. JoAnn McCarthy has deterred any union effort on my behalf because she was transferred from the STD Control offices permanently to UDC Student Health Center after the investigation. Ms. McCarthy repeatedly assists non-union personnel with complaints against Federal Managers because she knows who to contact for direction and seems to receive protection from any complaints filed against her due to her position as President of Local Union 2978. Quite often complaints against Ms. McCarthy are overlooked and the Department of Health refuses to take action to avoid dealing with the union.

    I have continued to honor my assignment to another agency yet disturbed that I, a long time union member and dues payor have yet to receive any acknowledgement from this union on my behalf. At this point I feel that the National AFGE Headquarters Administration should be made aware of Ms. McCarthy's unprofessional behavior. I have received no help or advice as to how to go about solving my problem from this local union. Ms. McCarthy has been President of local Union 2978 for many years and became the subject of investigation during the investigation of complaints against me. It was mentioned on several occasions that if anyone reviewed my past evaluations compared to the employees that complained they would see that I do not have an absentee problem nor have I ever been sent on a temporary duty assignment before. I am enclosing documentation from my last evaluation and investigators' recommendations for your review. You can contact STD Control Program Managers regarding this case: Mr. John Heath, Program Manager, (202)727-9853; Ms. Michelle Amar, Ms. McCarthy's Supervisor and Surveillance Coordinator (202)727-6408 and my supervisor, Ms. Lyn Trotter, Infertility Prevention Project Coordinator, (202)727-9864. I would like to request assistance from someone with a more objective standpoint to review my case. A reply or referral for representation from your office within 30 days would be most appreciated. Thank you for your time.

Sincerely,

Dale Jackson, Local 2978 Union Member since 1988