United States District Court

For the District of Columbia

DALE Jackson
2926 Strauss Terrace
Silver Spring, MD.
        20904

Plaintiff

                                         civil
    VS                           No. 06-1347-EGS

DC Government
Dept. of Health
825 North Capitol St. N.E
Washington DC.
         20003


American Federation of Gov. Emp.
  80 F St W.W.
Washington, D. C. 20001-1583
Local 2978

Defendants

      Plaintiff Oppositing to Defendants Reassignment Exhibit 2

           Exhibit 1 And Exhibit 2

RECEIVED
NOV 1 3 2006
NANCY MAYER WHITTINGTON
U.S. DISTRICT C...

To the court the Department of Health place the
Plaintiff in a violent work place at the
Lab left. where I'm told that the local Police
has been call on the driver that replace the
Plaintiff at his return to assignment at
717 14$\underline{8}$ n.w. Washington DC.
the Department should have allow the
Plaintiff to go back to the return to
assignment at 717 14$\underline{8}$ n.w. and send the
driver from the Lab to APRA Addiction
Prevention & recover Adm. and the driver
from 717 14$\underline{8}$ n.w. to the Lab.

(Thank)

Certification of Service

I'DALE Jackson will mail a copy
of this oppositing to Defendants Reassignment
06-14-06

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Department of Health



Office of the Senior Deputy Director
for Substance Abuse Services Addiction
Prevention and Recovery Administration

## MEMORANDUM

**TO:**      Dale Jackson,
             Motor Vehicle Operator/APRA

**FROM:**    Robert L. Johnson  *(RLJ)*
             Senior Deputy Director/APRA

**DATE:**    October 31, 2006

**SUBJECT:** Return to assignment

---

Effective Monday, November 13, 2006, you are being returned to your official duty station. You are to report to Mr. John Heath, 717 14th Street, NW, Suite 600.

Should you have any questions, please do not hesitate to contact me or Jackie Murphy on (202) 727-8467.

cc:    Dr. David Rose, MD
       David V. Anthony
       William Lewis
       Kenneth Wong
       Bernadine Brown
       Natleen Chance
       John Heath
       William Thomas
       Jackie Murphy
       JoAnn McCarthy, AFGE Local 2978

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF HEALTH



Primary Care and Prevention Administration

November 3, 2006

Dale Jackson
2926 Strauss Terrace
Silver Spring, MD 20904

Dear Mr. Jackson:

Please be advised that effective November 13, 2006, you are being reassigned to the Primary Care and Prevention Administration's Public Health Laboratory, as Motor Vehicle Operator. You are to report to Maurice Knuckles, PhD, at 300 Indiana Ave, NW, 6th Floor, at 727-8956.

There will be no change in your current grade, step or salary as a result of this reassignment.

Please contact me at 442-8984 if you have any questions regarding this reassignment.

Sincerely,

David C. Rose, M.D., F.A.A.P.
Senior Deputy Director

cc:    Jennifer Mumford
       Kenneth Wong
       JoEllen Gray
       Bernadine Brown
       John Heath
       Karyn Berry
       Maurice Knuckles
       JoAnne McCarthy, FGE, Local 2978