United States District Court

For the District of Columbia

DALE Jackson
    Plaintiff

v.

District of Columbia
Dept. of Health

American Federation of
Government Employees
80 F Street N.W.
Washington, D.C. 20001

    Defendants

Civil Action
No: 06-1347-EGS

Plaintiff Opposing to Defendant Motion to Dismiss

RECEIVED
DEC 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Introduction

To the Court this has been no panic to the Plaintiff or his family. The Plaintiff has been force in a situation of danger by the Department of health. The Plaintiff have lost all or his co worker and friend that he has come to know over the last 18 yrs. Defendant say that Plaintiff fail to exhaust his administrative remedies, the Plaintiff seek help from D.C. office Personal, Department of Human Right and City Hall and they all inform the Plaintiff that it was a department issue and if I fail to go to the place's that the defendant think I should have gone to, maybe it because I didn't have my union to direct the Plaintiff

The Defendant say that the Plaintiff complaint that DOH improperly altered his work detail. To the Court, all the letter that the Plaintiff has written there is no complaint where the Plaintiff complaint that DOH improperly altered his work detail. To the Defendant the detail was not important to the Plaintiff and onces again it was all the thing that happen to the Plaintiff before the Detail was ever known, like the harrement and humiliation Process by the Department of Health and the Office of Risk Management, Insp. General Office. The Defendant want the Plaintiff the be concern all about the detail but I'm not it should have (never come to this). The Defendant say that the

violence all over again and again and I the Plaintiff was never in the m.s of that violence, but when it was time for the Plaintiff to return from his detail the Plaintiff was never aloud to return I wonder was it because I'm a male and the other two are female I really like to know how the two female was aloud to return to there orginal work place and the Plaintiff was not and not even Dr Berry has the answer for that Question. Challenging an adverse employment action without Administrative remedies. The Plaintiff went to the administrative for remedies and ask could we talk in private and what the Plaintiff and the administrative talk about

went back to DOH, but the administration is DOH so there is no private conversation between the Plaintiff and the Defendant so the Plaintiff could never have a fair chance way and with this department I need all the chances that I could get. To the court I am to document just on who I went to seek remedies from. To the defendant the court is not my first resort, not my last resort it my ONLY RESORT again a department who just walk all over the Plaintiff for no reason at all and I can show that if I get the chance. Office of Employee Appeal. To be honor this has all been a shock to my mind am lucky to know what I'm doing at this time of

maddness in the Plaintiff life, yet alone to know who (OEA) is. If I had my union to stand by the Plaintiff we both would know who (OEA) is. Before I go on D.C. Gov and the Department of Health know that the union is still taking my union due's every two week and the two are doing nothing about it but you are here defending your Department of Health again the Plaintiff because D.C. Gov is forcing the Plaintiff to pay the union for service that is not giving when needed and it very much need at this time. The Defendant say that the Plaintiff made no allegation that he affected proper service of his Summon and Complaint upon any of the defendant name in this

case. To the Court half of the defendant are no longer there with the department and the words of the incoming mayor the other half make not be with DOH tomorrow, so knowing all of this I decide to name some one who will all way be there no matter what and that name is the Department of Health and if the Plaintiff miss some one name talk to my union if I have a union on who the Plaintiff should have name in his Complaint. The Defendant say that a copy of the summon must be serve to the mayor office and (OAG) in a sue, just the other day the week of the 10-17 of Dec the Plaintiff received a call at his home by someone (A Lady) from the

Attorney General and doing the conversation she told me the Plaintiff that I could not sue D.C. Gov. but now I'm been told that if I want to sue the D.C. Gov. I need to inform the mayor office and (OAG) and to the court that the truth about the conversation we had. The Defendant say that if the summon and complaint were not serve within 120 day's after filing the complaint it shall be dismiss. What concern the Plaintiff is the number 120 day's the defendant want the court to dismiss the case because of a 120. I the Plaintiff ask the defendant where was you when I was detail for 60 day's and then redetail for another 60 day's and then detail for over 2½ year's that some

kind of detail you have showed to the Plaintiff which come to (add it up) 950 detail days.

To the defendant the Plaintiff wishes that time had lapsed on his detail or 60 days just like the defendant want time to have lapsed on 120 days or filling a complaint with the court.

Conclusion: In the defendant requests you ask for the court for motion to dismiss be granted. The Plaintiff ask the court not to grant you that motion to dismiss.

To the court I'm mailing document that I hope to show the Plantiff in the DOH case Ms McCarthy has a history and I mean a history of workplace violence that the Department of Health and every one else in the DOH knew about the mangement team at the STD program have been trying to get help from the Department of Health concering McCarthy for 13 yr's or so I mailing a few documentment on that behalf showing the court that the DOH knew and did nothing about Ms. McCarthy work place violence just because Ms. McCarthy is a union rep. Could that be the reason why the union decide not to help the

Plaintiff in this case. The Document will show that among other thing that the lead investigator Dr Mayo gave her report that she and the other investigator did not find the Plaintiff in the court case to be hostile in any and no way and Ms McCarthy attack Dr Mayo because Dr Mayo did not give the type of Report that Ms McCarthy want her to give so The Plaintiff in the Court case was defaml because of this in the document it will be explain to the court when ask on the two female in the Department of Health case what did the Plaintiff do the Plaintiff in the court case the two female would not cite any specific incident because there

(wasn't any incident to cite) so why was I the Plaintiff detail so far don no one know, but the defendant might come up with a reason now to the court look at the original report there no reason for the Plaintiff to be harrasment humiliation or detail. The Plaintiff ask the Court who would like to go through all of this for anyone who could not cite any specific incident (not the Plaintiff) Dr Berry say in the document that she don know why my detail was extended and if Dr. Berry don know why the Plaintiff detail was extended don know one know because if I was hostile everyone would know why the Plaintiff detail was extended and if you don know why the Plaintiff detail

was extended the Department of Health don even know why the Plaintiff was detain in the first Place. But the defendant did say to the Plaintiff just to (clear the air) who within the sound of my voice would like to go through all of this just to (clear the air) and I'm not laughing you can have the Plaintiff Place I will never miss it. To the Court the Department of Health might have had the power to detain the Plaintiff for something that never happen but the Department of Health did not have a right to do what was done to the Plaintiff

To the Court the Plaintiff stand along without his union to help at a time of great need but the Plaintiff stand along with the truth.

To the Court the Department of Health stated several time on why the Plaintiff did not go or come to this person for help but the one person that the Plaintiff did go to for help the Department of Health did not mention that person and that was my union the Department of Health wanted no part of that statement

Conclusion:

The Plaintiff wishes to sue the Department of Health and the Union for Mental Anguish Slander. My name in the Funeral Industry and a breach of Contract with my local union to whom I'm the Plaintiff is still paying union dues to the D.C. Gov. and union for service that I not getting at this time and to return to Plaintiff original workstation at 717 14th St. N.W. Washington, DC.

Thank you