United States District Court
for the District of Columbia

DALE Jackson
2926 Stimiss Terrace
Silver Spring, MD
20904
Plaintiff

Civil Action
No: 06-1347-EGS

V

Department of Health
825 North Capitol St. N.E.
Washington, DC 20002
Defendants

American Federation of Gov. Emp.
80 F Street N.W
Washington D.C.
20001

Plaintiff Notice to Court

RECEIVED
JAN - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To the Court I'm mailing document where the Plaintiff brake in Oct 2006 making payment to Lawyer Reference at 300 East Joppa Rd in Towson MD $40.00 Consultation fee which I never receive consultation or the return Consultation fee or $40.00 because I the Plaintiff do know how very important it is to have a Attorney beside you at a moment like this, outside of the union Attorney I the Plaintiff just not able to afford an Attorny at this time

Thank you

[signature]

**UNITED STATES POSTAL SERVICE®**

CUSTOMER'S RECEIPT

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO: Lawyer Reference
ADDRESS: 300 Joppa Rd
C.O.D. OR USED FOR: Suite 300 Towson MD 21286

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

SERIAL NUMBER: 098790049855
YEAR, MONTH, DAY: 2006-09-02
POST OFFICE: 209070
AMOUNT: $40.00
CLERK: 5018

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

TOWSON MD 21286  OFFICIAL USE

| | |
|---|---|
| Postage | $0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.64 |

Postmark Here — OCT 7 2006 — SILVER SPRING MD MAIN OFFICE BR.

Sent To: Lawyer Reference
Street, Apt. No.; or PO Box No.: 300 East Joppa Rd
City, State, ZIP+4: Suite 300 Towson MD 21286

7006 2150 0004 9291 9799

PS Form 3800, August 2006           See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lawyer Reference
   300 East Joppa Rd
   Towson MD 21286
   Suite 300

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Barry_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 10/10/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0004 9291 9799

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540