United States District Court
for the District of Columbia

DALE Jackson
2926 Strauss Terrace
Silver Spring MD
20904
Plaintiff

v

District of Columbia
Department of Health
825 North Capitol
Washington DC
20002
Defendants

American Federation of
Government Employees
80 F Street N.W.
Washington DC   20001
Defendants

RECEIVED
MAR 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action
No: 06-1347-EGS

Plaintiff Notice to Court

RECEIVED
MAR 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I DALE Jackson is sueing the District of Columbia Department of Health for 4,000,000 for Harrasment, False Alligation, Defamation of Character Slander my name within the District of Columbia Government and the (Black Funeral Industry) Where I'm unable to get a job and work to support my family, and for Mental Arguish.

I DALE Jackson is sueing the American Federation of Government Employee (Local 2978) for 4,000,000 for Breach of Contract and Mental Arguish and for not fullfigling the (Contract Agreement)