IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DALE JACKSON,**
      **Plaintiff,**

**v.**                                C.A. No. 06-1347 (EGS)

**DEPARTMENT OF HEALTH,** *et al.***,**
      **Defendants.**

### NOTICE OF SUBSTITUTION OF COUNSEL

Please note the entry of appearance in the above-captioned case of Urenthea McQuinn, Assistant Attorney General for the District of Columbia, and the withdrawal of appearance of E. Louise R. Phillips..

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    NICOLE L. LYNCH
    Chief, General Litigation, Section II

        /s/ E. Louise R. Phillips
    E. LOUISE R. PHILLIPS [D.C. Bar #422074]
    Assistant Attorney General

        /s/ Urenthea McQuinn
    URENTHEA McQUINN [D.C. Bar #182253]
    Assistant Attorney General
    441 4th Street, N.W.
    Sixth Floor South
    Washington, D.C.  20001

                        (202) 724-6646
                        (202) 727-3625 (Fax)
                        urenthea.mcquinn@dc.gov

March 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2007, I mailed a copy of the foregoing document to the following person:

**Dale Jackson,** *pro se*
2926 Strauss Terrace
Silver Spring, MD 20904

                                                /s/ Urenthea McQuinn
                                            **Urenthea McQuinn**
                                            **Assistant Attorney General, D.C.**