**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DALE JACKSON,                          )<br>                                        )<br>           Plaintiff,                   )<br>                                        ) Civil Action No. 06-1347 (EGS)<br>           v.                           )<br>                                        )<br>DISTRICT OF COLUMBIA DEPARTMENT )<br>OF HEALTH, *et al.*,                    )<br>                                        )<br>           Defendants.                  )<br>                                        ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendant District of Columbia Department of Health's motion to dismiss the complaint is **GRANTED**; and it is

**FURTHER ORDERED** that defendant American Federation of Government Employees' motion to dismiss the complaint is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's claims are **DISMISSED with prejudice**; and it is

**FURTHER ORDERED** that the Clerk shall enter final judgment in favor of defendants and against plaintiff. This is a final appealable order. *See* Fed. R. App. P. 4(a).

    **SO ORDERED.**

**Signed:   Emmet G. Sullivan
           United States District Judge
           May 3, 2007**