United States District Court

for the District of Columbia

DALE Jackson
2926 Strauss Terrace
Silver Spring MD 20904

Plaintiff

v

District of Columbia
Department of Health
825 North Capitol St. N.E.
Wash. D.C.   20202

Defendants

American Federation of
Government Employee
80 F Street N.W.
Wash. D.C.   20001
Local 2978

Defendants

Civil Action

No: 06-1347-EGS

Plaintiff Notice to Court

RECEIVED
MAY 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To the court the Plaintiff is fileing a complaint against the Department of Health to whom it is known for transferring the Plaintiff to work beside two are the most violent & Hostile Manager's that I have ever known to work with in the Government and Please let it be known that the Police (DC) have been call to where these two manager Dr Knuckle And Dr. DiAllo operate. Most if not every employee at 300 Ind. ave. the Lab fear these two manager's and what is needed is an independent investigate with each employee seperated from the other and complete confidential on the violent and hostile of these two manager's. If the investigation is handed which I know is hard for the DoH to do because they are all friend

the two manager's and the Department of Health I wish the Plaintiff was Also there friend so they would have never attack the Plaintiff for whatever reason that they did, but I'm writing on the day that the Plaintiff can find out why he was attack by the DOH for No reason and in the mean time look into the sign in sheet where if some of the employee who are not the manager friend be A few min late or leave A few min. early they get dock An hour or pay but on the other hand if you are friend with the manager And you come in late you can make it up by stand late in the work day if one can do it then we all can do it or is it All against Government policy look at the sign in sheet for the last 6 month and you might want to call (IG) office

to get some help just in case it all is true just the way (IG) office was call on the Plaintiff. Please don say that there is not enough evident to open an investigation into Dr. Knuckle and Dr. Diallo cause there was not enough evident to open an investigation on the Plaintiff, but an investigation was open anyway. Please let it be known that the Plaintiff is asking the Department of Health to tranfer the Plaintiff back to APRA at 1300 1st NE. until my case the (Plaintiff) is decide by the court for the safety of the Plaintiff and let it be known that I ask you Please ~~to do this for~~ my ~~life~~ And my career is in ~~danger~~ working beside Dr Knuckle and Dr Diallo and I know that you knew this when you first tranfer the Plaintiff to the Lab at 300 Ind Ave. cause the Police (DC) was call to the

the Lab for a driver that needed help from the Department of Health to protect that driver and the Plaintiff from these two violent and hostile manager that the Department of Health have always know about and wait until some thing occur before they step in to help that why I'm the Plaintiff asking the Department of Health to step in and protect the Plaintiff <u>NOW</u> by transferring the Plaintiff back to HPPA at 1300 1st NE until the Plaintiff case is decide by the court.

Thank you

P.S. The Plaintiff have a real bad health problem working beside Dr Knuckle and Dr. Diallo