UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DALE JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA DEPARTMENT<br>OF HEALTH, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 06-1347 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT FOR DEFENDANTS

This case having been considered on Defendants' Motions to Dismiss the Complaint, before the Honorable Emmet G. Sullivan, Judge presiding, and the issues having been duly briefed by all parties and the Court having rendered its decision granting Defendants' motions; now therefore, pursuant to the decision of the Court,

IT IS ORDERED, ADJUDGED, AND DECREED that final judgment is entered in favor of Defendants and against Plaintiff.

NANCY MAYER-WHITTINGTON, Clerk

Dated: May 3, 2007　　　　　　　　By: *Michelle Moss*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk