United States District Court
For the District of Columbia

DALE Jackson
  Plaintiff
    v
American Federation of
Government Employee
80 F Street, N.W.
Washington, D.C. 20001
    Defendants

Civil Action No: 06-1347-EGS

Leave to
File is
opposed
[signature]
8/30/07

RECEIVED
AUG 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff: Motion For Reconsideration

The Plaintiff is asking the Court for Reconsideration against the Defendants. The Plaintiff has file a grievance against the Department of Health and is waiting for the outcome from the Department of Health.

In a lettle from Assistant Attorney General Thomas C. Collier, the Department of Health has no authority over internal union matter, without the Department of Health to solve this matter the Court is the only solution that the plaintiff have to this legal matter with the Defendant. The plaintiff and the Defendant have a legal Contract within the United States which has been broken by the Defendant. To the Court I'm mailing document of our contract (Plaintiff + Defendant) and how many time's the Plaintiff try to solve this matter by contacting the Defendant but got no reply (six time) Alone with the lettle that I mail to the Defendant. The Plaintiff is sueing for a Breach of Contract and Mental Anguish in the amount of 4,000,000 dollar.

Sincerely,

[signature]

AFGE - Contract



Home | Contact Us | Site I

## MEMBER BENEFITS & RESOURCES

Home > Member Benefits & Resources >

Print Page | E

MEMBER BENEFITS

EVENT CALENDAR

HOW-TO

RETIREES

NST - FINANCIAL OFFICER RESOURCES

CASETRACK

COLLECTIVE BARGAINING

FIND ELECTED OFFICIALS

MEMBER RESOURCES

AFGE STAFF RESOURCES

Member Log In

# Benefits for AFGE Members

When you join the union, you have access to these AFGE benefits. These ber backed by the collective strength of over 10-million members of AFL-CIO uni using one or two of the programs, many members save as much as their ani dues.

**These Money-Saving Benefits are Available Only to AFGE Members:**

## Legal

### Legal Services Program
No enrollment forms or fees are required. AFGE members are automatically enrolled and are entitled to the following benefits for each separate legal matter:

- A free initial consultation with a lawyer of up to 30 minutes (in person or over the phone),
- A free simple document review and explanation
- A free follow-up letter or phone call, if likely to resolve a legal matter.
- Most additional services are discounted by 30% (including attorney's hourly rates and flat fees for most common legal cases.

### Your Legal Health
Are you legally healthy? "What?" "I guess so." "How would I know?" Chances are your answer to a question about your legal health would be some variation of these.

### Small Claims Court
About three quarters of the plai in small claims court win. You sl consider small claims court as o way to "right wrongs."

### Warranties
When I buy something, is covered by a warranty?

How long does a warranty

Do I have any recourse if 1 item breaks after the warr expires?

I just bought a stereo syst and the salesclerk tried to me an extended warranty contract. Should I have bo the contract?

May 5, 2005

AFGE District 14
Local #2978
80 F Street, NW
Eleventh Floor
Washington, D.C. 20001
Phone: (202) 639-6447

To Whom It May Concern:

    This is a formal letter of complaint against Local Union #2978 D.C. Department of Health Medical Aides, presided over by Ms. JoAnn McCarthy to whom this letter of complaint is directed. As of last May I was temporarily assigned to another agency for 60 days according to an e-mail received by my supervisor from Ms. Monica Lamboy of the D.C. Department of Health due to complaints filed against me by District Government employees in the STD Control Program. During the investigation by Mr. Tolliver of the General Inspector's Risk Management Office and Dr. Mayo of the Mayor's Counsel, I was told that I was not the problem but felt that everyone involved could use a "cooling off" period. In other words, this was to be a temporary solution to an ongoing problem and all STD Program personnel received mandatory training regarding workplace violence. After 60 days I questioned my rights as a long term union paying employee as to how to return to my position at the STD Program and was informed by several members of the District Government's Human Rights office and D.C. Department of Health Administrators that this was a "union issue". After contacting the union formally for information and assistance, I never received a response and fairly certain that Ms. JoAnn McCarthy has deterred any union effort on my behalf because she was transferred from the STD Control offices permanently to UDC Student Health Center after the investigation. Ms. McCarthy repeatedly assists non-union personnel with complaints against Federal Managers because she knows who to contact for direction and seems to receive protection from any complaints filed against her due to her position as President of Local Union 2978. Quite often complaints against Ms. McCarthy are overlooked and the Department of Health refuses to take action to avoid dealing with the union.

    I have continued to honor my assignment to another agency yet disturbed that I, a long time union member and dues payor have yet to receive any acknowledgement from this union on my behalf. At this point I feel that the National AFGE Headquarters Administration should be made aware of Ms. McCarthy's unprofessional behavior. I have received no help or advice as to how to go about solving my problem from this local union. Ms. McCarthy has been President of local Union 2978 for many years and became the subject of investigation during the investigation of complaints against me. It was mentioned on several occasions that if anyone reviewed my past evaluations compared to the employees that complained they would see that I do not have an absentee problem nor have I ever been sent on a temporary duty assignment before. I am enclosing documentation from my last evaluation and investigators' recommendations for your review. You can contact STD Control Program Managers regarding this case: Mr. John Heath, Program Manager, (202)727-9853; Ms. Michelle Amar, Ms. McCarthy's Supervisor and Surveillance Coordinator (202)727-6408 and my supervisor, Ms. Lyn Trotter, Infertility Prevention Project Coordinator, (202)727-9864. I would like to request assistance from someone with a more objective standpoint to review my case. A reply or referral for representation from your office within 30 days would be most appreciated. Thank you for your time.

Sincerely,

Dale Jackson, Local 2978 Union Member since 1988

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X L. Yancey
☐ Agent
☐ Addressee

B. Received by (Printed Name): Yancey
C. Date of Delivery: 5/12/cr

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

John Gage National President
Office of the National
President (NPO)
80 F Street, N.W.
Wash. DC 20001

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1350 0005 3809 1024

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X L. Yancey
☐ Agent
☐ Addressee

B. Received by (Printed Name): Yancey
C. Date of Delivery: 5/12/cr

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Russ Binion
National Vice President
80 F Street, N.W.
Wash. DC 20001

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1350 0005 3809 1031

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X L. Yancey
☐ Agent
☐ Addressee

B. Received by (Printed Name): Yancey
C. Date of Delivery: 5/12/cr

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Mark D Roth
General Counsel
Office of the General
Counsel (GCO)
80 F Street NW
Wash. DC 20001

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from servi__): 7004 1350 0005 3809 1062

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marilyn Wiley
Practice Coordinator
80 F Street NW
Wash. DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X L. Vancey — ☐ Agent ☐ Addressee

B. Received by (Printed Name): Vancey
C. Date of Delivery: 5/12/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 1350 0005 3809 1055

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Beth Moten, Director
Legislative + Political
Affairs Department (LLC)
80 F Street N.W.
Wash. DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X L. Vancey — ☐ Agent ☐ Addressee

B. Received by (Printed Name): Vancey
C. Date of Delivery: 5/12/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 1350 0005 3809 1079

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eric Bunn, President
AFGE Council 211
DC Locals
80 F Street, NW
Wash, DC. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Vancey — ☐ Agent ☐ Addressee

B. Received by (Printed Name): Vancey
C. Date of Delivery: 5/12/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 1350 0005 3809 1048

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540