United States District Court
For the District of Columbia

DALE Jackson
2926 Strauss Terrace
Silver Spring, MD
          20904
          Plaintiff

          v

American Federation of
Government Employee
80 F St. N.W.
Washington D.C.
Local 2928            20001

          Defendant

Civil Action
No: 06-1347-EGS

**RECEIVED**

SEP - 5 2007

**NANCY** MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff Notice to Court

**RECEIVED**

SEP - 5 2007

**NANCY** MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



# THE COLLECTIVE BARGAINING AGREEMENT BETWEEN

# THE GOVERNMENT OF THE DISTRICT OF COLUMBIA

# DEPARTMENT OF HUMAN SERVICES

# AND

# THE AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES AFL - CIO

FY 1988 - 1990

LOCAL ~~2737~~ and 2978

Government of the District of Columbia / Marion Barry Jr. , Mayor

sentative of the Union.  Upon determination by the Employer that a conflict of interest exists by virtue of an employee holding an official position in the Union, or from his acting as a representative of the Union, the Employer shall so notify the employee and the Union.  The employee shall have thirty (30) days to relinquish his/her Union responsibilities (i.e. paperwork, grievances).  However, this provision shall not be interpreted to conflict with D.C. Code 1-618.1(d).

## Section 2:

The provisions of the contract shall apply to all bargaining unit employees.  However, the terms of this contract do not preclude any bargaining unit employee from bringing matters of a personal concern to the attention of appropriate officials in accordance with applicable regulations and/or procedures.

## Section 3:

It is understood that the employees in the bargaining unit shall have full protection of all articles in this Agreement as long as they remain in the unit.

## ARTICLE 4
## MANAGEMENT RIGHTS

The provisions of Section 1708(a) <u>Management Rights</u> of D.C. Law 2-139, Comprehensive Merit Personnel Act, prescribes the Management Rights and as such are beyond the scope of negotiations.

## ARTICLE 5
## UNION RIGHTS

The Union as the exclusive representative of all employees in the unit has the right as provided in Section 1711(a) of D.C. Law 2-139 to act for and negotiate agreements covering all employees in the unit and is responsible for representing the interests of all such employees without discrimination and without regard to membership in the labor organization.