**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

DALE JACKSON,                          )
                                       )
                    Plaintiff,         )
        v.                             )
                                       )    Civil Action No. 06-1347-EGS
DISTRICT OF COLUMBIA DEP'T OF          )    Judge Emmet G. Sullivan
HEALTH, *et al.*,                      )
                                       )
                    Defendants.        )
_____)


## <u>ORDER</u>

Upon having fully considered Plaintiff's Motion for Reconsideration and the

Opposition thereto filed by defendants AFGE National and AFGE Local 2978, it is

hereby

**ORDERED** that Plaintiff's Motion for Reconsideration be, and is, hereby,

DENIED in its entirety.


                                    _____
                                    Judge Emmet G. Sullivan
                                    United States District Court
                                    For the District of Columbia


Dated: _____