IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DALE JACKSON,**<br>       **Plaintiff,**<br><br>       v.<br><br>**D.C. DEPARTMENT OF HEALTH,** *et al.,*<br>       **Defendants.** | **Civil Action No. 06-1347 EGS** |

### DEFENDANT DISTRICT OF COLUMBIA DEPARTMENT OF HEALTH'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION

Defendant District of Columbia Department of Health hereby opposes plaintiff's Motion for Reconsideration of August 30, 2007, which seeks a reversal of this Court's Order of May 3, 2007.

*Argument*

**I.    PLAINTIFF HAS NOT PRESENTED ANY NEW EVIDENCE TO CONTROVERT THE COURT'S ORDER.**

Plaintiff fails to present any new evidence to controvert the position of both defendants, and the ruling of this Court on May 3, 2007 that the Comprehensive Merit Personnel Act ("CMPA") precludes plaintiff from initiating his employment suit in the United States District Court for the District of Columbia. As the Court has informed plaintiff, his employee grievances properly lie before the Public Employees Relations Board ("PERB"). Plaintiff cannot create jurisdiction in the United States District Court where the Comprehensive Merit Personnel Act dictates otherwise. Plaintiff has not provided any reason to ignore the CMPA.

## II.  PLAINTIFF'S MOTION FOR RECONSIDERATION IS UNTIMELY.

In addition to plaintiff's failure to present any new basis for the Court to reconsider its ruling of May 3, 2007, plaintiff's Motion for Reconsideration is untimely. The court issued its Order, which dismissed plaintiff's case, with prejudice, on May 3, 2007. Pursuant to Fed. R. Civ. P. 59, plaintiffs had ten days to request an amendment of the Court's Order, that is, until May 13, 2007; yet, he waited until August 30, 2007. Plaintiff's motion clearly is untimely.

*Conclusion*

For all of the foregoing reasons, plaintiffs' Motion for Reconsideration should be denied.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Nicole L. Lynch
NICOLE L. LYNCH
Chief, General Litigation, Section II

/s/ Urenthea McQuinn
URENTHEA McQUINN
Assistant Attorney General
D.C. Bar #182253
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

September 13, 2007