IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DALE JACKSON,**<br>    **Plaintiff,**<br><br>    v.<br><br>**D.C. DEPARTMENT OF HEALTH,** *et al.,*<br>    **Defendants.** | **Civil Action No. 06-1347 EGS** |

## O R D E R

Upon consideration of the Plaintiff's Motion for Reconsideration of this Court's Order of May 3, 2007, which granted Defendants District of Columbia Department of Health's and the American Federation of Government Employees' ("AFGE") Motions to Dismiss, Plaintiff's Opposition thereto, the entire record herein, and the facts and the law considered, it is on this ___ day of _____, 2007, hereby

**ORDERED:** that the Plaintiff's Motion for Reconsideration is DENIED, and it is

**FURTHER ORDERED:** that the plaintiff's case shall remain dismissed with prejudice.

**SO ORDERED.**

              _____
              **THE HONORABLE EMMET G. SULLIVAN**
              **United States District Court Judge**

Copies to the following persons:

**Urenthea McQuinn [D.C. Bar #182253]**
Assistant Attorney General, D.C.
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001

(202) 724-6646
(202) 727-3625 (Fax)
urenthea.mcquinn@dc.gov

**Mark D. Roth [D.C. Bar #235473]**
**Andres M. Grajales [D.C. Bar #476894]**
Attorneys for Defendant AFGE
80 F Street, N.W.
Washington, D.C. 20001
(202) 639-6426
agrajales@afge.org

**Dale Jackson**
Plaintiff, *pro se*
2926 Strauss Terrace
Silver Spring, MD 20904


September 13, 2007