United States District Court
For the District of Columbia

RECEIVED
SEP 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DALE Jackson
    Plaintiff

v.

                                Civil Action No 1347-EGS

American Federation of
Government Employee
80 F St. N.W.
Washington DC.
Local 2978      20001
    Defendants

Plaintiff Motion For Reconsideration

Plaintiff is asking the court for Reconsideration against the Defendants. In a letter from Assistant Attorney General Thomas C. Collier, there is no grievance that the

the Plaintiff can file against the Defendant in this case so, it is well within the law that the Plaintiff seek help from the court. D.C. Gov. Department of Health say it has no Authority over internal Union matter, I do not (Plaintiff) work for the union (Defendant) the union (Defendant) work for me (Plaintiff) the (Plaintiff) pay's the (Defendant) the (Defendant) don pay the Plaintiff. The Defendant stated that the Bargaining Agreement was (out dated 1986) but the Plaintiff ask the Defendant was the

material itself out dated And if so As a union member I the Plaintiff is Asking the union Defendant to mail to the Plaintiff and updated copy of the Bargaining Agreement between the union (Defendant) and the union member (Plaintiff) so we may All be up to date with the union law's

The Plaintiff is still Asking the union (Defendant) to Allow my union lawyer (Attorney) to help me with my case, that what this is All about it not about the Plaintiff standing here

All Alone (playing Attorney) it all about the (union) Defendant doing your job to help your union paying member (Plaintiff) when he needed the most. To the court I like to think that the Defendant have never turn it back on a union member before cause. I know so many member (union) that the Defendant has help in time of great need so why not the Plaintiff because before this case the Defendant didn't know who I (Plaintiff) was the Defendant only know the Plaintiff

Now because on this case, Plaintiff is asking the court to please take in consideration that D.C. Gov. Department of Health has no Authority over internal union matter and that the Plaintiff is here for one reason only because the union deniat the Plaintiff service. The union (Defendant) has no right under any law to denial any union member service. To the court the Plaintiff is not here as an Attorney fighting for his right, but the Plaintiff is here as an American Citizen fighting for his right to make sure that this

Defendant know that I'm not here just to pay your union due for 19 years and in time of need you act like you don't care that I'm a 19 year union member and if the Plaintiff old you 19 years of union due you the Defendant old the Plaintiff some type of help at this time.

Sincerely
08-26-07