United States District Court
For the District of Columbia

RECEIVED
OCT 19 2007
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

DALE Jackson
2926 Strauss Terrace
Silver Spring MD
20904
Plaintiff

v

American Federation
of Government Employee
80 F Street N.W.
Washington, DC
20001
Local 2978   Defendant

Civil Action
No: 06-1347-EGS

Plaintiff Motion For Reconsideration

To the Court,

This suit that the Plaintiff is filing today is against the American Federation of Government Employee and not The Department of Health. Along with the last document that I file a couple of weeks ago was also against the American Federation of Gov. Employee and not DOH. The last document I file I request that my union allow me (Plaintiff) to speak with my union attorney to help the Plaintiff with his case but I guess like you did before you rejected the Plaintiff, and I also request that you mail to the Plaintiff an undated copy of the Bargain Agreement between the union, D.C. Government and if union member was

the Plaintiff rejected on that request also. The Plaintiff is giving to the Court a document that I receive from the Department of Health stating that indeed the American Federation of Government Employee had and indeed still have a lawful right to be totally involved in this law suit for a denial of service to the Plaintiff

Sincerely
10-18-07
[signature]

# Government of the District of Columbia
## Department of Health



**Office of the Director**

October 16, 2007

Mr. Dale Jackson
2926 Strauss Terrace
Silver Spring, MD  20904

Mr. Jackson,

You will recall that during our meeting on August 7, 2007, I informed you that this office does not handle grievances. We discussed your situation, and I suggested that you speak with Bernadine Brown, Labor Relations Specialist.

After reviewing your personnel folder, I discovered that you were permanently reassigned by Dr. David Rose to the Public Health Laboratory effective November 13, 2006, therefore your request to be reassigned to the STD unit under John Heath cannot be satisfied.

In any event, the allegations you provided were from approximately three years ago, and have no bearing on your current work environment. I believe that your grievance is with your union for something that wasn't resolved back in 2005. My suggestion would be that you work with Bernadine Brown, Labor Relations Specialist, to investigate your situation, and ultimately find a resolution.

Regards,

*Rmyoung*

Raneka M. Young
Management Liaison Specialist
DC Department of Health
**#IMA00489279**

---

825 North Capitol Street, NE, 4th Floor, Washington, DC  20002   (202) 442-5999● FAX (202) 442-4808